In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00384-CV
_____

IN RE COMMITMENT OF DON DAVIS JR.

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 07-06-06631 CV

MEMORANDUM OPINION

In an appeal from an order entered in a sexually-violent-predator proceeding, we are asked to address whether we possess appellate jurisdiction over an order changing the entity that approves where Don Davis Jr. is required to reside. We conclude that the trial court's order is not appealable, and we also conclude that mandamus relief on the issues Davis raises is not warranted. Accordingly, we dismiss the appeal for lack of jurisdiction.

Recently, in *In re Commitment of Cortez*, we addressed the same issues as set forth in Davis's brief and concluded that we did not have appellate jurisdiction

over his issues. No. 09-12-00385-CV, 2013 WL 3270613, at *2 (Tex. App.—Beaumont June 27, 2013, no pet. h.). We also considered whether Cortez raised issues entitling him to mandamus relief. *See id.* at **2-6.

For the same reasons stated in *Cortez*, we conclude that we lack appellate jurisdiction to review the trial court's order dated July 26, 2012, and that Davis has not demonstrated that he should receive mandamus relief. Accordingly, we dismiss Davis's appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on July 10, 2013
Opinion Delivered August 15, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.

2